IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>IN RE APPLICAT10N OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES | 8:19MJ468<br><br>ORDER TO UNSEAL |

This matter is before the court on the government's motion to unseal (Filing No. 2). The motion is granted.

IT IS SO ORDERED.

Dated this 8th day of April, 2021.

BY THE COURT:

*Susan M Bazis*
SUSAN M. BAZIS
United States Magistrate Judge